## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| BP ENERGY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GREG LINDBERG; GLOBAL HEALTH TECHNOLOGY GROUP, LLC,<br><br>    Defendants. | Case No. 4:19-cv-03243 |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff BP Energy Company ("Plaintiff" or "BP") hereby furnishes the following statements pursuant to Fed. R. Civ. P. 7.1.

BP was incorporated in Delaware. Its principal office is located at 501 Westlake Park Boulevard, Houston, Texas 77079. It is wholly owned by BP Company North America Inc. BP Company North America Inc. is wholly owned by BP Corporation North America Inc. BP Corporation North America Inc. is wholly owned by BP America Inc. BP America Inc. is wholly owned by BP America Limited. BP America Limited is wholly owned by BP Holdings North America Limited. BP Holdings North America Limited is wholly owned by BP P.L.C., an entity publicly traded on the New York Stock Exchange.

Respectfully submitted,

By: */s/ Kenneth E. Broughton*
   Kenneth E. Broughton
   State Bar No. 03087250
   Federal ID No. 13428
   REED SMITH LLP
   811 Main Street, Suite 1700
   Houston, Texas 77002-6110
   Telephone: 713.469.3819
   Telecopier: 713.469.3899
   kbroughton@reedsmith.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFF
BP ENERGY COMPANY

OF COUNSEL:

REED SMITH LLP
Michael H. Bernick
State Bar No. 24078227
Federal ID No. 1439062
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: 713.469.3819
Telecopier: 713.469.3899
mbernick@reedsmith.com

ATTORNEYS FOR PLAINTIFF
BP ENERGY COMPANY

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was served on all counsel of record via the Court's ECF system on this the 8TH day of November, 2019.

                 */s/ Kenneth E. Broughton*
                 Kenneth E. Broughton