Case 4:19-cv-03243   Document 15   Filed on 12/19/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP ENERGY CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-3243 |
| | § | |
| GLOBAL HEALTH TECHNOLOGY | § | |
| GROUP, LLC, and GREG LINDBERG, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. N/A  **MOTIONS TO ADD NEW PARTIES**
   The attorney causing the addition of new parties will provide copies of this Order to new parties.

2. N/A  **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions after this deadline must show good cause.

   **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

3a. N/A  The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. N/A  The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. April 24, 2020  **MEDIATION**
   Mediation or other form of dispute resolution must be completed by this deadline.

5.  April 24, 2020   **COMPLETION OF DISCOVERY**
    Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6.  May 15, 2020   **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
    No dispositive motion may be filed after this date except for good cause.

7.  July 17, 2020   **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
    The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8.  July 24, 2020   **DOCKET CALL**
    Docket Call will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Street, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

9.  Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on December 19, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge